UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION DEWAYNE SOWARD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV11-2062 FMO(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1　　　　IT IS ORDERED that Judgment be entered denying the Petition and
2 dismissing this action with prejudice.
3　　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on petitioner and counsel
5 for respondent.
6　　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

8　　　　DATED: April 28, 2015

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE