1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION DEWAYNE SOWARD,<br><br>               Petitioner,<br><br>      v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>               Respondent. | Case No. EDCV 11-2062 FMO(JC)<br><br>JUDGMENT |

   Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.


   DATED: April 28, 2015


                        _____/s/_____
                        HONORABLE FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE